AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY,JR, JAMES M. | U.S. DISTRICT COURT OF EASTERN ARKANSAS | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

500 W. Capitol
Suite C446
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | TRUSTEE | TRUST #2 |
| 3. | TRUSTEE | TRUST #3 |
| 4. | MANAGING MEMBER | MOODY'S MANOR LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | LITTLE ROCK CHAMBER OF COMMERCE/Wage |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  AT&T (T) | A | Int./Div. | K | T | | | | | |
| 2.  Banco Santander, SA Common Stock (SAN) | B | Int./Div. | J | T | | | | | |
| 3.  Calumet Specialty products (CLMT) | B | Int./Div. | K | T | | | | | |
| 4.  Cliffs Natural Res Inc (CLF) | A | Int./Div. | J | T | | | | | |
| 5.  Cooper Tire & Rubber (CTB) | A | Int./Div. | K | T | | | | | |
| 6.  Duke Entergy Corp Common Stock (DUK) | B | Int./Div. | K | T | | | | | |
| 7.  Eastman Chemical Co (EMN) | A | Int./Div. | K | T | | | | | |
| 8.  Ford Motor Co Common Stock (F) | A | Int./Div. | K | T | | | | | |
| 9.  General Electric Co Common Stock (GE) | A | Int./Div. | K | T | | | | | |
| 10. GSV Inc Common Stock (GSVI) | A | Int./Div. | J | T | | | | | |
| 11. First Entergy Corp Common Stock (FE) | A | Int./Div. | K | T | | | | | |
| 12. Intel Corp Common Stock (INTC) | A | Int./Div. | K | T | | | | | |
| 13. Kinetics Paradigm Fund (WWNPX) | A | Int./Div. | K | T | | | | | |
| 14. Occidental Petrol (OXY) | A | Int./Div. | K | T | | | | | |
| 15. Bank OZK (OZRK) | A | Int./Div. | J | T | | | | | |
| 16. Pfizer Inc Common Stock (PFE) | A | Int./Div. | K | T | | | | | |
| 17. Qualcomm (QCOM) | D | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Rowan Companies (RDC) | A | Int./Div. | J | T | | | | | |
| 19. Senior Housing PPTYS Tr (SNH) | B | Int./Div. | K | T | | | | | |
| 20. The Southern Company (SO) | A | Int./Div. | K | T | | | | | |
| 21. Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 22. Vanguard Growth Index Fund (VIGAX) | B | Distribution | L | T | Buy<br>(add'l) | 12/23/19 | J | | |
| 23. Trust 1(H) | | | | | | | | | |
| 24. - American Funds AMCAP Fund A<br>(AMCPX) | A | Distribution | N | T | Buy<br>(add'l) | 12/20/19 | L | | |
| 25. - American Funds Growth Fund (AGTHX) | A | Distribution | N | T | Buy<br>(add'l) | 12/20/19 | L | | |
| 26. - American Funds New Prospective Fund<br>(ANWPX) | A | Distribution | M | T | Buy<br>(add'l) | 12/20/19 | K | | |
| 27. - American Funds New World Fund<br>(NEWFX) | A | Distribution | K | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 28. Vanguard Growth Index Fund Inv (VIGRX) | A | Distribution | K | T | Buy<br>(add'l) | 12/23/19 | J | | |
| 29. Trust 2(H) | | | | | | | | | |
| 30. - American Funds AMCAP Fund A<br>(AMCPX) | A | Distribution | N | T | Buy<br>(add'l) | 12/20/19 | M | | |
| 31. - American Funds Growth Fund (AGTHX) | A | Distribution | M | T | Buy<br>(add'l) | 12/20/19 | L | | |
| 32. - American Funds New Prospective Fund<br>(ANWPX) | A | Distribution | M | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 33. - American Funds New World Fund<br>(NEWFX) | A | Distribution | K | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 34. Trust 3(H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY,JR, JAMES M.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Associated Bank N/A-Cash | A | Interest | J | T | | | | | |
| 36. | Bank of Ozarks Accounts | B | Interest | M | T | | | | | |
| 37. | Telcoe Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 38. | Moody Manor LLC Union Co. | A | Distribution | J | T | | | | | |
| 39. | Little Prairie Land Co. | E | Distribution | N | T | | | | | |
| 40. | Header #1(H) | | | | | | | | | |
| 41. | Prime Fund Capital Reserve (Cash) | A | Int./Div. | J | T | | | | | |
| 42. | American Capital World Growth (CWGIX) | A | Int./Div. | J | T | Buy (add'l) | 12/20/19 | J | | |
| 43. | American Europacific Growth Class A (AEPGX) | A | Int./Div. | J | T | Buy (add'l) | 12/20/19 | J | | |
| 44. | American Growth Fund of America (AGTHX) | A | Int./Div. | J | T | Buy (add'l) | 12/20/19 | J | | |
| 45. | American New World Fund Class A (NEWFX) | A | Int./Div. | J | T | Buy (add'l) | 12/20/19 | J | | |
| 46. | American Small Cap World Class A (SMCWX) | A | Int./Div. | J | T | Buy (add'l) | 12/20/19 | J | | |
| 47. | Washington Mutual Investors (AWSHX) | A | Int./Div. | L | T | | | | | |
| 48. | American High Income Trust Class A (AHITX) | A | Int./Div. | J | T | | | | | |
| 49. | Johnson and Johnson (JNJ) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY,JR, JAMES M. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ JAMES M. MOODY,JR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544